NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0002246
22-MAY-2014
08:12 AM

NO. CAAP-13-0002246

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ALBERTO G. MASAQUEL, Plaintiff-Appellant, v.
CECILIA B. MASAQUEL, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 10-1-2261)

ORDER GRANTING THE MAY 16, 2014 MOTION TO DISMISS APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the motion to dismiss appeal filed on May 16, 2014 by Plaintiff-Appellant Alberto G. Masaquel,

IT IS HEREBY ORDERED that the Motion is granted, and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, May 22, 2014.

Presiding Judge

Associate Judge

Associate Judge